In re Estate of George F. Peters, Deceased.
First National Bank and Trust Company of Rockford,
Administrator of the Estate of George F. Peters,
Deceased, Petitioner-Appellee, v. Robert E. Peters,
et al., Respondents-Appellants.

Gen. No. 11,881.

Second District.
April 23, 1965.

Maynard and Maynard, of Rockford,
(James F. Maynard, of counsel), for appellants; Haye & Keegan,
of Rockford, (Frederick H. Haye, of counsel), for appellee.
Opinion by JUSTICE MORAN. Not to be published in full.